**Paul Ernest FISHER,**
**Movant-Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 37518.**

Missouri Court of Appeals,
Western District.

Aug. 12, 1986.

Motion for Rehearing and/or Transfer
to Supreme Court Denied
Sept. 25, 1986.

C. John Lozano, Jr., Harrisonville, Lee M. Nation, Kansas City, for movant-appellant.

William Webseter, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before LOWENSTEIN, P.J., and MANFORD and GAITAN, JJ.

## ORDER

PER CURIAM:

Direct appeal from the denial of post-conviction relief sought pursuant to Rule 27.26.

Judgment affirmed. Rule 84.16(b).